**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION**

CECIL PRUITT, JR.                                                          PETITIONER

vs.                                       Civil Action No. 4:09-cv-36 HTW-LRA

CHRISTOPHER EPPS and
JIM HOOD                                                        RESPONDENTS

## **FINAL JUDGMENT**

This cause came before the court on the petition for writ of habeas corpus filed by the petitioner, Cecil Pruitt, Jr. This court, having adopted the Report and Recommendation as the order of this court, hereby grants respondents' motion to dismiss and dismisses petitioner's Petition for Writ of Habeas Corpus without prejudice. The above-styled and numbered cause is dismissed without prejudice.

**SO ORDERED AND ADJUDGED, this the 25th day of November, 2009.**

                                         **s/ HENRY T. WINGATE
                                         CHIEF UNITED STATES DISTRICT JUDGE**